UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:18-CR-4-TAV-HBG |
| | ) | | |
| MARK BENNETT, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant's pro se motion for compassionate release [Doc. 356]. Since filing the motion, defendant has been released to home confinement under the supervision of the Atlanta Residential Reentry Management field office. Inmate Locator, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Feb. 17, 2021). In filing his pro se motion, defendant stated that he could not obtain current medical records because of the lockdown conditions in the prison where he was located at the time. Defendant did have someone file medical records from defendant's personal physician, but they date back to 2017 and earlier [Doc. 353].

In light of defendant's placement in home confinement, as well as the lack of current medical records to support defendant's request, defendant's motion [Doc. 356] is hereby **DENIED without prejudice**. If defendant believes that he is still entitled to compassionate release now that the has been placed in home confinement, he may file a new motion setting forth what extraordinary and compelling reasons support his position

based on his current circumstances, including the most recent medical records defendant has access to.

IT IS SO ORDERED.

                                                       s/ Thomas A. Varlan
                                                       UNITED STATES DISTRICT JUDGE